Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GERI LOUISE DELANEY,<br><br>                    Defendant. | DOCKET NO. 6:14-mj-132-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

    Defendant, Geri Louise DELANEY, was arrested October 5, 2014, in Yosemite National Park and charged with three counts in a Criminal Complaint: Count 1: be under the influence of alcohol to a degree that may endanger oneself; Count 2: simple assault; and Count 3: interference with a government employee. DELANEY plead guilty May 19, 2015, to Count 1 and Count 3, and was sentenced to the following: 24 months of unsupervised probation, pay a $250 fine within 90 days, counseling once weekly, obey all laws, and to report new law violations.  A review hearing was set for April 19, 2016 at 10:00 AM.

    The Government alleges DELANEY has violated the following condition(s) of her unsupervised probation:

1

CHARGE ONE:   FAILURE TO ATTEND COUNSELING

DELANEY was ordered to attend counseling once weekly while on probation. To date, the Yosemite Legal Office has not received proof of any attendance.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Geri Louise Delaney*, 6:14-mj-132-MJS, remain on calendar for April 19, 2016 at 10:00 AM.

Dated: April 12, 2016                By: /s/ Matthew McNease
                                     Matthew McNease
                                     Acting Legal Officer
                                     Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Defendant shall appear at the U.S. District Court, E.D. Cal., Yosemite Division, Courthouse on April 19, 2016 at 10:00 AM for the reasons set forth above and as ordered at the time of sentencing.

IT IS SO ORDERED.

Dated:   April 13, 2016              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE