AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**
APR 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,    )
            )
v.          )
            )   Case No. 6:14-mj-00132 MJS
            )
,           )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: U.S. Dist Court, Yosemite, CA
_Place_

Before Magistrate Judge Seng
on Tuesday, May 23, 2017 at 10:00 a.m.
_Date and Time_

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 4.4.2017                    _/s/ Neil Delaney_
                                  _Defendant's signature_

Date: 4-4-2017                    _/s/ Sheila K. Oberto_
                                  _Judicial Officer's Signature_

                                  Sheila K. Oberto, U.S. Magistrate Judge
                                  _Printed name and title_