| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | GERI DELANEY |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00132-MJS |
|---|---|
| Plaintiff, | **MOTION TO VACATE MARCH 6, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| GERI DELANEY, | |
| Defendant. | |

Defendant Geri Delaney hereby requests that the Court vacate the March 6, 2018 review hearing. The Government is in agreement with the request.

On May 19, 2015, the Court sentenced Ms. Delaney to twenty-four months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. Ms. Delaney was also ordered to pay a $300 fine, to not use or possess alcohol, to not operate a motor vehicle unless properly licensed, to not operate a motor vehicle with any detectable amount of alcohol, and to participate in the Mariposa Behavioral Health treatment facility until she is able to enroll in a treatment program on Vancover Island.

On April 13, 2016, the Government filed a Statement of Alleged Probation Violations, in which the Government alleged that Ms. Delaney failed to attend counseling. On May 23, 2017, Ms. Delaney entered an admission to the alleged violation, and Ms. Delaney was sentenced on

September 13, 2017. At sentencing, the Court ordered Ms. Delaney to complete a 30-day in-patient program with Changing Echoes. Ms. Delaney was further ordered to obey all laws and report any new law violations.

Ms. Delaney has successfully completed the 30-day in-patient treatment program with Changing Echoes and has had no new violations of law. Accordingly, Ms. Delaney requests that the March 6, 2018 review hearing be vacated.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: March 5, 2018                    */s/ Hope Alley*
                                      HOPE ALLEY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      GERI DELANEY

## **O R D E R**

Based on the parties' joint representation that Ms. Delaney is in compliance with the conditions of her probation, the Court vacates the March 6, 2018 review hearing.

IT IS SO ORDERED.

Dated:   March 5, 2018                           /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE